HARRY J. NELSON, State Bar #219269
Fenton Nelson, LLP
11835 W. Olympic Blvd., 9th Floor
Los Angeles, CA 90064
Telephone: (310) 444-5244
Fax: (310) 444-5280
hnelson@fentonnelson.com

Attorneys for Defendant
KAREN TRIGGIANI aka KAREN BARRETT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KAREN TRIGGIANI aka KAREN BARRETT,<br><br>Defendant. | CASE NO. CR 06-0177-MCE<br><br>**ORDER ON EX PARTE APPLICATION FOR PERMISSION TO TRAVEL** |

## ORDER

Defendant's ex parte application for permission to travel is GRANTED.

Defendant may travel internationally as set forth in Defendant's ex parte petition.

Defendant's travel is subject to any conditions set by the Probation Office.

DATED: August 27, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE